

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/SME/RMP/MAA  
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 5, 2023

By ECF and Email

The Honorable Ann M. Donnelly  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.  
                  Criminal Docket No. 18-00457 (S-3) (AMD)

Dear Judge Donnelly:

      The government respectfully submits this letter on behalf of the parties to request an adjournment of the forthcoming status conference in the above-referenced matter, currently scheduled for September 12, 2023, and a corresponding exclusion of time under the Speedy Trial Act. As the Court may recall, at the last status conference, the parties agreed to propose a joint briefing schedule regarding substantive motions, and, on June 9, 2023, the defense filed a two-page letter describing the numerous substantive and discovery motions that it anticipated filing (ECF No. 387). Since that time, the parties have been engaged in substantive discussions that may narrow the range of disputed issues or entirely obviate the necessity of filing certain motions contemplated by the defense. The parties have made significant progress in these discussions in recent weeks and believe that resolution may result in a considerable savings of judicial resources; as such, the parties jointly request adjournment of the status conference for a period of three months to enable completion of these discussions.

      The Court has designated this case as complex, and the government requests that time under the Speedy Trial clock be excluded in the interests of justice between September 12, 2023 and the date of the next status conference set by the Court. The parties respectfully submit

1

that the interests of justice served by excluding time to facilitate the discussions described above outweigh the interests of the defendants and the public in a speedy trial.

        Respectfully Submitted,

        CAROLYN POKORNY
        Attorney for the United States,
        Acting Under Authority Conferred by
           28 U.S.C. § 515
        Eastern District of New York

By:    /s/ Meredith A. Arfa
        Alexander A. Solomon
        Sarah M. Evans
        Robert M. Pollack
        Meredith A. Arfa
        Assistant United States Attorneys
        (718) 254-7000

        MARGARET A. MOESER
        Acting Chief
        Money Laundering and Asset Recovery
        Section
        Criminal Division
        U.S. Department of Justice

        Laura M. Billings
        Trial Attorney

        JENNIFER KENNEDY GELLIE
        Acting Chief
        Counterintelligence and Export
        Control Section
        National Security Division
        U.S. Department of Justice

        David Lim
        Garrett Coyle
        Yifei Zheng
        Trial Attorneys

        Christian J. Nauvel
        Deputy Chief Counsel for Corporate
        Enforcement