

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 15, 2023

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael A. Levy
Brian J. Stretch
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

    Re: United States v. Huawei Technologies Co., Ltd., et al.
       <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

  Enclosed please find the government's production of discovery, which supplements the government's previous productions. The government is producing this discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I. <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| WeChat records. | Discovery Material | DOJ_HUAWEI_A_0117033659 – DOJ_HUAWEI_A_0117033690 |

Very truly yours,

CAROLYN POKORNY
Attorney for the United States,
Acting Under Authority Conferred by 28
U.S.C. § 515,
Eastern District of New York

By: /s/ Meredith A. Arfa
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Acting Chief, Money Laundering and
Asset Recovery Section, Criminal Division,
U.S. Department of Justice

By: /s/ Laura Billings
Laura Billings
Trial Attorney

JENNIFER KENNEDY GELLIE
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

By: /s/ David Lim
David Lim
Christian J. Nauvel
Yifei Zheng
Garrett Coyle
Trial Attorneys