

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 5, 2024

By Email and ECF

Mark D. Hopson
Michael A. Levy
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

    Re:    United States v. Huawei Technologies Co., Ltd., et al.
               Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

        Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.       The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
| --- | --- | --- |
| Records regarding the Professor. | Sensitive Discovery Material | DOJ_HUAWEI_A_0122374717 – DOJ_HUAWEI_A_0122375077 |
| Records regarding the Professor. | Discovery Material | DOJ_HUAWEI_A_0122375078 – DOJ_HUAWEI_A_0122375084 |

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By:    /s/ Meredith A. Arfa
       Alexander A. Solomon
       Meredith A. Arfa
       Robert Pollack
       Assistant United States Attorneys
       (718) 254-7000

       MARGARET A. MOESER
       Acting Chief, Money Laundering and Asset
       Recovery Section, Criminal Division
       U.S. Department of Justice

By:    /s/ Laura Billings
       Laura Billings
       Jasmin Salehi Fashami
       Taylor Stout
       Trial Attorneys

       JENNIFER KENNEDY GELLIE
       Acting Chief, Counterintelligence and
       Export Control Section
       National Security Division, U.S. Department
       of Justice

By:    /s/ David Lim
       David Lim
       Christian Nauvel
       Yifei Zheng
       Garrett Coyle
       Trial Attorneys

2