UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>Defendants. | Case No. 18 Cr. 457 (AMD)<br><br>NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that effective March 11, 2024, Douglas A. Axel of Sidley Austin LLP, counsel for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Device Co. Ltd., and Futurewei Technologies, Inc., in the above captioned matter, will have a change of address as follows: Douglas A. Axel, Sidley Austin LLP, 350 South Grand Avenue Los Angeles, CA 90071. Counsel's telephone number, facsimile number, and email address will remain the same.

Dated: March 8, 2024

Respectfully submitted,

/s/ Douglas A. Axel
Douglas A. Axel
SIDLEY AUSTIN LLP
350 South Grand Ave.
Los Angeles, CA 90071
daxel@sidley.com

*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*