

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 11, 2024

By Email and ECF

Mark D. Hopson
Michael A. Levy
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

Re: United States v. Huawei Technologies Co., Ltd., et al.
Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.  The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Records regarding the Professor. | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_A_0122375085 – DOJ_HUAWEI_A_0122383664 |
| Records regarding Company 1. | SDM | DOJ_HUAWEI_A_0122383665 – DOJ_HUAWEI_A_0122384489 |
| Records regarding Company 4. | SDM | DOJ_HUAWEI_A_0122384490 – DOJ_HUAWEI_A_0122399768 |
| Records regarding the Professor. | SDM | DOJ_HUAWEI_A_0122399769 – DOJ_HUAWEI_A_0122399785 |
| Records regarding the Professor. | Discovery Material ("DM") | DOJ_HUAWEI_A_0122399786 – DOJ_HUAWEI_A_0122409679 |
| Records regarding Company 1. | DM | DOJ_HUAWEI_A_0122409680 – DOJ_HUAWEI_A_0122410626 |
| Records regarding Company 3. | DM | DOJ_HUAWEI_A_0122410627 – DOJ_HUAWEI_A_0122410631 |
| Records regarding Company 4. | DM | DOJ_HUAWEI_A_0122410632 – DOJ_HUAWEI_A_0122414115 |

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By:   /s/ Meredith A. Arfa
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By: /s/ Laura Billings
Laura Billings
Jasmin Salehi Fashami
Taylor Stout
Trial Attorneys

JENNIFER KENNEDY GELLIE
Acting Chief, Counterintelligence and
Export Control Section
National Security Division, U.S. Department
of Justice

By: /s/ David Lim
David Lim
Christian Nauvel
Yifei Zheng
Garrett Coyle
Trial Attorneys