

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 12, 2024

<u>By Email and ECF</u>

Mark D. Hopson
Michael A. Levy
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

Re: United States v. Huawei Technologies Co., Ltd., et al.
<u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.    The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Records from a social media company. | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_A_0122414116 - DOJ_HUAWEI_A_0122414119 |
| Records from an intergovernmental committee. | Discovery Material ("DM") | DOJ_HUAWEI_A_0122414120 - DOJ_HUAWEI_A_0122414195 |
| Records from a financial institution. | DM | DOJ_HUAWEI_A_0122414196 - DOJ_HUAWEI_A_0122414200 |
| Records from a social media company. | DM | DOJ_HUAWEI_A_0122414201 - DOJ_HUAWEI_A_0122414482 |
| Records from an electronic communication provider. | DM | DOJ_HUAWEI_A_0122414483 - DOJ_HUAWEI_A_0122426911 |
| Records from IranTalent.com. | DM | DOJ_HUAWEI_A_0122426912 - DOJ_HUAWEI_A_0122427056 |
| Records from a recruiting company. | DM | DOJ_HUAWEI_A_0122427057 - DOJ_HUAWEI_A_0122427058 |

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By:    /s/ Meredith A. Arfa
       Alexander A. Solomon
       Meredith A. Arfa
       Robert Pollack
       Assistant United States Attorneys
       (718) 254-7000

MARGARET A. MOESER
Acting Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By:   /s/ Laura Billings
Laura Billings
Jasmin Salehi Fashami
Taylor Stout
Trial Attorneys

JENNIFER KENNEDY GELLIE
Acting Chief, Counterintelligence and
Export Control Section
National Security Division, U.S. Department
of Justice

By:   /s/ David Lim
David Lim
Christian Nauvel
Yifei Zheng
Garrett Coyle
Trial Attorneys