

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 14, 2024

By Email and ECF

Mark D. Hopson
Michael A. Levy
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

      Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.    The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Records regarding the Professor. | Sensitive Discovery Material | DOJ_HUAWEI_A_0122427059 - DOJ_HUAWEI_A_0122436712 |
| Records regarding the Professor. | Discovery Material | DOJ_HUAWEI_A_0122436713 - DOJ_HUAWEI_A_0122441738 |

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By:   /s/ Meredith A. Arfa
      Alexander A. Solomon
      Meredith A. Arfa
      Robert Pollack
      Assistant United States Attorneys
      (718) 254-7000

      MARGARET A. MOESER
      Acting Chief, Money Laundering and Asset
      Recovery Section, Criminal Division
      U.S. Department of Justice

By:   /s/ Laura Billings
      Laura Billings
      Jasmin Salehi Fashami
      Taylor Stout
      Trial Attorneys

      JENNIFER KENNEDY GELLIE
      Acting Chief, Counterintelligence and
      Export Control Section
      National Security Division, U.S. Department
      of Justice

By:   /s/ David Lim
      David Lim
      Christian Nauvel
      Yifei Zheng
      Garrett Coyle
      Trial Attorneys