

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 3, 2024

<u>By Email and ECF</u>

Mark D. Hopson
Michael A. Levy
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                 <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

      Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.   The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Records regarding Canicula. | Sensitive Discovery Material ("SDM") | DOJ_HUAWEI_A_0123163360 – DOJ_HUAWEI_A_0123163361 |
| Records regarding a Huawei competitor. | SDM | DOJ_HUAWEI_A_0123163362 – DOJ_HUAWEI_A_0123173301 |
| Records regarding Canicula. | Discovery Material ("DM") | DOJ_HUAWEI_A_0123173302 – DOJ_HUAWEI_A_0123173303 |
| Records regarding Huawei meeting with Department of Commerce. | DM | DOJ_HUAWEI_A_0123173304 – DOJ_HUAWEI_A_0123173321 |
| Records regarding a Huawei competitor. | DM | DOJ_HUAWEI_A_0123173322 – DOJ_HUAWEI_A_0123174170 |

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By:   /s/ Meredith A. Arfa
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Acting Chief, Money Laundering and Asset Recovery Section, Criminal Division
U.S. Department of Justice

By:   /s/ Laura Billings
Laura Billings
Jasmin Salehi Fashami
Taylor Stout
Trial Attorneys

        JENNIFER KENNEDY GELLIE
Acting Chief, Counterintelligence and
Export Control Section
National Security Division, U.S. Department
of Justice

By:   /s/ David Lim
      David Lim
      Christian Nauvel
      Yifei Zheng
      Garrett Coyle
      Trial Attorneys