

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

AAS/MAA/RMP
F. #2017R05903

April 4, 2024

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                  Criminal Docket No. 18-457 (S-3) (AMD)

Dear Judge Donnelly:

        The government respectfully submits this letter on behalf of the parties in advance of the status conference later today to jointly propose a briefing schedule for the Court's consideration. The parties will be prepared to discuss the proposed schedule in greater detail and address any question the Court may have at the status conference.

| Filing | Proposed due date |
|---|---|
| Motion(s) concerning protective order and/or Bureau of Industry and Security ("BIS") licenses | May 31, 2024 |
| Government response re: protective order and/or BIS licenses | July 1, 2024 |
| Defense reply re: protective order and/or BIS licenses | July 15, 2024 |
| Motion to sever | September 6, 2024 |
| Government response re: motion to sever | October 4, 2024 |
| Defense reply re: motion to sever | October 18, 2024 |
| Motions to dismiss | November 1, 2024 |
| Motion for bill of particulars | November 12, 2024 |
| Government response re: bill of particulars | December 13, 2024 |
| Defense reply re: bill of particulars | January 10, 2025 |

| | |
|---|---|
| Any additional discovery motions | January 24, 2025 |
| Government response to motions to dismiss | January 20, 2025 |
| Government response re: discovery motions | February 24, 2025 |
| Defense reply re: motions to dismiss | February 20, 2025 |
| Defense reply re: discovery motions | March 10, 2025 |
| Any suppression motions as to evidence produced on or before December 31, 2024, including any suppression motions concerning Foreign Intelligence Surveillance Act ("FISA") | March 3, 2025 |
| Government response to non-FISA suppression motions | April 14, 2025 |
| Defense reply to non-FISA suppression motions | May 5, 2025 |
| Government response to FISA-related suppression motions | June 2, 2025 |
| Defense reply re: FISA-related suppression motions | July 2, 2025 |

\*   \*   \*

Respectfully submitted,

BREON PEACE
United States Attorney
Eastern District of New York

By:   /s/ Alexander A. Solomon
      Alexander A. Solomon
      Meredith A. Arfa
      Robert M. Pollack
      Assistant United States Attorneys
      (718) 254-7000


      MARGARET A. MOESER
      Acting Chief, Money Laundering and Asset
      Recovery Section,
      Criminal Division
      U.S. Department of Justice

By:   /s/ Laura Billings

2

                                                        Laura Billings
                                                       Taylor Stout
                                                       Jasmin Salehi Fashami
                                                       Trial Attorney

                                                       JENNIFER KENNEDY GELLIE
                                                       Acting Chief, Counterintelligence and
                                                       Export Control Section
                                                       National Security Division, U.S. Department
                                                       of Justice

By:   /s/ David Lim
        David Lim
        Christian Nauvel
        Yifei Zheng
        Garrett Coyle
        Trial Attorneys

cc:  Clerk of the Court (by ECF and Email)
      Defense counsel of record (by ECF)