

U.S. Department of Justice

United States Attorney
Eastern District of New York

MAA/LB/CJN
F. #2017R05903

271 Cadman Plaza East
Brooklyn, New York 11201

May 14, 2024

<u>By Email and ECF</u>

Mark D. Hopson
Michael A. Levy
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

     Re: United States v. Huawei Technologies Co., Ltd., et al.
       <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

   Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I. <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Records regarding Huawei equipment. | Sensitive Discovery Material | DOJ_HUAWEI_A_0123755399 - DOJ_HUAWEI_A_0123755414 |
| Court proceeding minutes related to Deferred Prosecution Agreement regarding Defendant Meng. | Discovery Material ("DM") | DOJ_HUAWEI_A_0123755415 - DOJ_HUAWEI_A_0123755433 |
| Records regarding various legal classifications of certain telecommunications equipment. | DM | DOJ_HUAWEI_A_0123755434 - DOJ_HUAWEI_A_0123755456 |
| Record regarding Federal Communications Commission. | DM | DOJ_HUAWEI_A_0123755457 - DOJ_HUAWEI_A_0123755466 |
| Record regarding an employee of a Huawei vendor. | DM | DOJ_HUAWEI_A_0123755467 - DOJ_HUAWEI_A_0123755468 |
| Records regarding a Huawei employee. | DM | DOJ_HUAWEI_A_0123755469 - DOJ_HUAWEI_A_0123755471 |
| Record regarding Huawei equipment. | DM | DOJ_HUAWEI_A_0123755472 - DOJ_HUAWEI_A_0123755473 |

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By:   /s/ Meredith A. Arfa
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Assistant United States Attorneys
(718) 254-7000

           MARGARET A. MOESER
           Acting Chief, Money Laundering and Asset
           Recovery Section, Criminal Division
           U.S. Department of Justice

By:   /s/ Laura Billings
       Laura Billings
       Jasmin Salehi Fashami
       Taylor Stout
       Trial Attorneys

       JENNIFER KENNEDY GELLIE
       Acting Chief, Counterintelligence and
       Export Control Section
       National Security Division, U.S. Department
       of Justice

By:   /s/ Christian Nauvel
       Christian Nauvel
       Yifei Zheng
       Garrett Coyle
       Monica Svetoslavov
       Ahmed Almudallal
       Trial Attorneys