UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>Defendants. | Case No. 18 Cr. 457 (AMD)<br><br><u>**NOTICE OF APPEARANCE**</u> |

PLEASE TAKE NOTICE that Daniel D. Rubinstein of Sidley Austin LLP, hereby respectfully enters his appearance as counsel of record in the above-captioned action for and on behalf of Defendants Huawei Technologies Co., Ltd., Huawei Device Co. Ltd., Huawei Device USA Inc., and Futurewei Technologies, Inc. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: Chicago, Illinois
       June 26, 2024

                      By:  */s/ Daniel D. Rubinstein*
                            Daniel D. Rubinstein
                            Sidley Austin LLP
                            One South Dearborn
                            Chicago, IL 60603
                            Telephone: (312) 853-2668
                            Facsimile: (312) 853-7036
                            Email: drubinstein@sidley.com
                            *Counsel for Defendants Huawei Technologies*
                            *Co., Ltd., Huawei Device Co., Ltd., Huawei Device*
                            *USA Inc., and Futurewei Technologies, Inc.*