

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 16, 2024

<u>By Email and ECF</u>

Douglas A. Axel
Michael A. Levy
Jennifer Saulino
Daniel Rubinstein
Ellyce R. Cooper
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

    Re:  United States v. Huawei Technologies Co., Ltd., et al.
       <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.  <u>The Government's Discovery</u>

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Records regarding an employee of the Defendant. | Discovery Material ("DM") | DOJ_HUAWEI_A_0123758413 – DOJ_HUAWEI_A_0123761527 |
| Records regarding a logistics company. | DM | DOJ_HUAWEI_A_0123761528 – DOJ_HUAWEI_A_0123761836 |

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By: /s/ Meredith A. Arfa
    Alexander A. Solomon
    Meredith A. Arfa
    Robert Pollack
    Assistant United States Attorneys
    (718) 254-7000

    MARGARET A. MOESER
    Chief, Money Laundering and Asset
    Recovery Section, Criminal Division
    U.S. Department of Justice

By: /s/ Laura Billings
    Laura Billings
    Jasmin Salehi Fashami
    Taylor Stout
    Trial Attorneys

    JENNIFER KENNEDY GELLIE
    Acting Chief, Counterintelligence and
    Export Control Section
    National Security Division, U.S. Department
    of Justice

By: /s/ Christian Nauvel
    Christian Nauvel
    Yifei Zheng
    Garrett Coyle
    Monica Svetoslavov
    Ahmed Almudallal
    Trial Attorneys