

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

MAA/LB/CJN
F. #2017R05903

August 13, 2024

By Email and ECF

Douglas A. Axel
Michael A. Levy
Jennifer Saulino
Daniel Rubinstein
Ellyce R. Cooper
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
               Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

      Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). See ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.   The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Records regarding a Huawei employee. | Discovery Material ("DM") | DOJ_HUAWEI_A_0123787469 - DOJ_HUAWEI_A_0123787470 |
| Accounting and payroll records. | DM | DOJ_HUAWEI_A_0123787471 - DOJ_HUAWEI_A_0123787472 |
| Records regarding a Huawei vendor. | DM | DOJ_HUAWEI_A_0123787473 - DOJ_HUAWEI_A_0123787477 |

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By:   /s/ Meredith A. Arfa
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering and Asset
Recovery Section, Criminal Division
U.S. Department of Justice

By:   /s/ Laura Billings
Laura Billings
Jasmin Salehi Fashami
Taylor Stout
Trial Attorneys

|      | JENNIFER KENNEDY GELLIE<br>Acting Chief, Counterintelligence and<br>Export Control Section<br>National Security Division, U.S. Department of Justice |
|------|---|
| By:  | /s/ Christian Nauvel<br>Christian Nauvel<br>Yifei Zheng<br>Garrett Coyle<br>Monica Svetoslavov<br>Ahmed Almudallal<br>Trial Attorneys |