UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    - v. -

HUAWEI TECHNOLOGIES CO. LTD., *et al.*,

              Defendants.

_____

18 CR 457 (S-3) (AMD)

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

Dated: September 6, 2024

      PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law dated September 6, 2024, the undersigned will move this Court on a date and time to be designated by the Court, before the Honorable Anne M. Donnelly, at the United States Federal Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order severing Counts 4–16 from Counts 1–3.

      PLEASE TAKE FURTHER NOTICE, that upon prior order of the Court, answering papers, if any, shall be served on or before October 4, 2024, and any reply papers shall be served on or before October 18, 2024.

Dated:    New York, New York
           September 6, 2024

| | |
|---|---|
| /s/ Douglas A. Axel<br>Douglas A. Axel<br>Michael A. Levy<br>Jennifer Saulino<br>Daniel Rubinstein<br>Ellyce R. Cooper<br>Frank Volpe<br>Melissa Colón-Bosolet<br>SIDLEY AUSTIN LLP<br>787 7th Avenue<br>New York, NY 10019<br>Tel.: 212-839-5300<br>Email: daxel@sidley.com | /s/ David Bitkower<br>David Bitkower<br>Matthew S. Hellman<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW<br>Washington, D.C. 20001<br>Tel: 202-639-6048<br>Email: dbitkower@jenner.com |

*Counsel for Huawei Technologies Co., Ltd., Huawei Device USA Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*