

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 11, 2024

<u>By Email and ECF</u>

Douglas A. Axel
Michael A. Levy
Jennifer Saulino
Daniel Rubinstein
Ellyce R. Cooper
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

    Re:  United States v. Huawei Technologies Co., Ltd., et al.
        Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019 ("the Protective Order"). <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.  The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Email search warrant records. | Sensitive Discovery Material | DOJ_HUAWEI_A_0124240419 – DOJ_HUAWEI_A_0124241196 |
| Financial institution records. | Discovery Material ("DM") | DOJ_HUAWEI_A_0124241197 – DOJ_HUAWEI_A_0124241201 |
| Email search warrant records. | DM | DOJ_HUAWEI_A_0124241202 – DOJ_HUAWEI_A_0124262613 |

Very truly yours,

BREON PEACE
United States Attorney
Eastern District of New York

By:  /s/ Meredith A. Arfa
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering and Asset Recovery Section, Criminal Division
U.S. Department of Justice

By:  /s/ Laura Billings
Laura Billings
Jasmin Salehi Fashami
Taylor Stout
Morgan Cohen
Trial Attorneys

JENNIFER KENNEDY GELLIE
Acting Chief, Counterintelligence and
Export Control Section
National Security Division, U.S. Department
of Justice

By: /s/ Christian Nauvel
Christian Nauvel
Yifei Zheng
Monica Svetoslavov
Ahmed Almudallal
Trial Attorneys