UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.<br><br>Defendants. | Index No. 18 Cr. 457 (AMD)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Ryan P. Poscablo of Steptoe LLP, hereby enters appearance as counsel of record for Defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA, Inc., and Futurewei Technologies, Inc in the above captioned action.

I hereby certify that I am an attorney admitted to practice in this Court.

Dated: New York, New York
January 3, 2025

STEPTOE LLP

By: */s/ Ryan P. Poscablo*
Ryan P. Poscablo
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
rposcablo@steptoe.com

*Counsel for Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA, Inc., and Futurewei Technologies, Inc.*