**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NJM:MFS
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 31, 2026

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Huawei Technologies Co., Ltd., et al.
Criminal Docket No. 18-457 (S-4) (AMD)

Dear Judge Donnelly:

The government writes in connection with the Court's review of the 130 jury questionnaires submitted today by the parties for prospective jurors whom only one party believes should be struck for cause, which includes 128 prospective jurors the defense believes should be struck for cause but to which the government objects. Based on the government's review of these prospective jurors' questionnaires, it appears that a significant number answered questions 66 through 70—relating to the governments of China and Iran as well as Chinese companies generally—in the affirmative. But as the Court is well aware, the government of the People's Republic of China, the Chinese Communist Party, the government of Iran, and the Islamic Revolutionary Guard Corps are not on trial. Accordingly, the government respectfully submits that affirmative answers to questions 66 through 70 should not be *per se* disqualifying. Rather, prospective jurors answering those questions affirmatively should be *voir dired* regarding their ability to be fair and impartial and to follow the Court's instruction that they must decide the case solely based on the evidence presented at trial. The government is prepared to submit proposed *voir dire* questions to address this issue.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/
Alexander A. Solomon
Meredith A. Arfa
Robert Pollack
Matthew Skurnik

Matthew F. Sullivan
Assistant United States Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and
Forfeiture Section,
Criminal Division,
U.S. Department of Justice

Taylor G. Stout
Morgan Cohen
Jasmin Salehi Fashami
Trial Attorneys

CHRISTIAN J. NAUVEL
Acting Chief, Counterintelligence and
Export Control Section,
National Security Division,
U.S. Department of Justice

Christopher Fenton

Enclosures

cc: Clerk of the Court (by ECF and Email)
Defense counsel of record (by Email)